UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BARBARA WISE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 13-5086** |
| **SOCIAL SECURITY ADMINISTRATION** | **SECTION "G" (3)** |

## REPORT AND RECOMMENDATION

On July 15, 2013, plaintiff Barbara Wise filed this lawsuit against the Social Security Administration. This Court granted Wise pauper status on July 26, 2013. Two months later, on September 18, 2013, this Court ordered Wise to appear in person to show cause why service had not been effected on defendant. On October 7, 2013, Wise issued summons to defendant, and this Court cancelled the call docket.

With no further action taken on the summons, this Court ordered another call docket on December 18, 2013. Neither Wise nor her counsel appeared at the call-docket hearing on December 18, 2013. This Court's order informed Wise that should she fail to show good cause, this Court would recommend that her lawsuit be dismissed without prejudice for failure to prosecute.

The Federal Rules of Civil Procedure generally require that a defendant be served with the summons and complaint within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m). There is no proof in the record that defendant has been served in the instant case, and, as of the date of this report and recommendation, 120 days have long passed since the filing of the complaint. Wise has twice failed to comply with this Court's show-cause orders.

Accordingly,

**IT IS RECOMMENDED** that the complaint of Barbara Wise be DISMISSED WITHOUT PREJUDICE for failure to prosecute. Fed. R. Civ. P. 4(m).

New Orleans, Louisiana, this 27th day of March, 2014.

                                    _____
                                    **DANIEL E. KNOWLES, III**
                                    **UNITED STATES MAGISTRATE JUDGE**