UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**BARBARA WISE**                                              **CIVIL ACTION**

**VERSUS**                                                    **NO. 13-5086**

**SOCIAL SECURITY ADMINISTRATION**                            **SECTION "G" (3)**

**ORDER**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the complaint of Barbara Wise is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 4(m).

**NEW ORLEANS, LOUISIANA,** this   30th   day January, 2015.

                                        _____
                                        **NANNETTE JOLIVETTE BROWN**
                                        **UNITED STATES DISTRICT JUDGE**